IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SALVATORE BISESI | : |
| | : |
|     Plaintiff | : |
| | : |
|  vs. | :   Case No: WMN 02-3942 |
| | : |
| PAYAM HARIRI, D.D.S. | : |
| | : |
|     Defendant | : |

**L I N E**

TO THE CLERK:

    Please enter the above-captioned matter as "Settled and Dismissed with Prejudice".

    Respectfully submitted,

    FOARD, GISRIEL, O'BRIEN & WARD, LLC

       /s/
    Dennis F. O'Brien, Esquire
    29 West Susquehanna Avenue
    Suite 302
    Towson, Maryland  21204
    (410) 296-1440
    Attorney for the Plaintiff

    McCARTHY WILSON

       /s/
    D. Elizabeth Walker, Esquire
    100 South Washington Street
    Rockville, Maryland 20850
    (301) 762-7770
    Attorney for the Defendant

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that a copy of the Line was mailed postage prepaid this 20th day of June 2003, to:

        Dennis O'Brien, P.A.
        Foard, Gisriel, O'Brien & Ward, L.L.C.
        29 West Susquehanna Avenue
        Suite 302
        Towson, Maryland 21204

                              /s/
                          D. Elizabeth Walker